UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA TATE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 17-13851

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S OCTOBER 24, 2018 REPORT AND RECOMMENDATION [21]

Currently before the Court is the magistrate judge's October 24, 2018 report and recommendation (ECF No. 21). The magistrate judge recommends that the Court deny Plaintiff's motion for summary judgment (ECF No. 15) and grant Defendant's motion for summary judgment (ECF No. 17). The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation, GRANTS Defendant's motion for summary judgment, DENIES Plaintiff's motion for summary judgment, and AFFIRMS the decision of the Commissioner of Social Security.

It is further ordered that Plaintiff's Complaint is hereby DISMISSED with prejudice.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: December 10, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 10, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager